No. 519. BENÍTEZ *v.* RODRÍGUEZ.—Appeal from the District Court of Humacao.  Motion to dismiss the appeal because the transcript of the record has not been certified in the proper manner.  Decided May 2, 1910.  At the request of the appellant he is allowed 10 days to amend the certificate of the transcript of the record, and the motion to dismiss the appeal is overruled.  *Mr. Henry F. Hord* for petitioner.  *Mr. Eugenio Benítez Castaño* for respondent.

No. 537. THE PORTO RICO POWER AND LIGHT CO. *v.* VILLALÓN Y GARCÍA.—Appeal from the District Court of San Juan.  Motion to dismiss the appeal.  Decided May 2, 1910.  Appeal dismissed because the transcript of the record was not properly certified.  *Mr. Henry F. Hord* for petitioner.  *Mr. Luis Freyre Barbosa* for respondent.

No. 548. EX PARTE JULBE.—Appeal from the District Court of Humacao.  Motion to dismiss the appeal.  Decided May 2, 1910.  Motion overruled.  *Mr. Juan F. Vías Ochoteco* for petitioner.  *Mr. Eduardo Acuña* for respondent.

No. 248. THE PEOPLE *v.* SINFORIANO GARCÍA & CO.—Appeal from the District Court of San Juan.  Motion to dismiss the appeal taken by the *fiscal*.  Decided May 3, 1910.  Appeal dismissed because it was taken after the expiration of the period of 30 days allowed by section 1 of the act of May 28, 1904, within which to appeal from judgments rendered in cases originating in municipal courts.  *Mr. Domingo Massari* for petitioner.  *Mr. Jesús M. Rossy, fiscal,* for respondent.